**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | |
|---|---|
| SHERESE ABRAMS, | : No. 583 EAL 2015 |
| Petitioner | : |
| | : Petition for Allowance of Appeal from |
| | : the Order of the Commonwealth Court |
| v. | : |
| | : |
| THE JUVENILE JUSTICE DEPARTMENT | : |
| OF PHILADELPHIA, | : |
| | : |
| Respondent | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 1st day of February, 2016, the Petition for Allowance of Appeal is **DENIED**.


    Mr. Justice Eakin did not participate in the decision of this matter.